14

OFFICE OF DISCIPLINARY COUNSEL *v.* MCGINLEY.

[Cite as Disciplinary Counsel *v.* McGinley (1990), 55 Ohio St. 3d 14.]

(No. 90-953—Submitted July 19, 1990—Decided October 31, 1990.)

*J. Warren Bettis*, disciplinary counsel, and *Karen B. Hull*, for relator.

*John Michael McGinley, pro se.*

*Per Curiam.* After reviewing the record, we agree with the board's findings and recommendations. Respondent is hereby indefinitely suspended from the practice of law. Costs taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., not participating.